**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Max H. Feldman dba Emaichef Programming Co.<br>Kellee A. Monahan<br>                Debtor(s) | BK NO. 17-00985 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                                      Respectfully submitted,


Rebecca Solarz
04 Feb 2021, 16:25:59, EST

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322