Check No. 2014178

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-04014-MJC | 005-1 | LORRAINE BROWNE<br>Original Check written to:<br>PHH MORTGAGE CORPORATION<br>P.O. BOX 371458<br>PITTSBURGH, PA 15250-7458 | 8703 | 8,879.04 | 374.46 | 0.00 | 374.46 |
| 17-00888-MJC | 001-0 | JOSEPH ZIMMERMAN<br>Original Check written to:<br>CACH LLC<br>4340 S MONACO ST, 2ND FLOOR<br>DENVER, CO 80237- | 1075 | 25.18 | 2,837.68 | 0.00 | 2,837.68 |
| 17-00985-HWV | 012-0 | MAX H FELDMAN<br>Original Check written to:<br>DREHER TWP TAX COLLECTOR<br>PO BOX 505<br>NEWFOUNDLAND, PA 18445- | | 0.00 | 1,612.86 | 0.00 | 1,612.86 |
| 17-04549-HWV | 999-0 | SHAWN CHRISTOPHER COBB<br>Original Check written to:<br>SHAWN CHRISTOPHER COBB<br>1982 NESTLE QUARRY ROAD<br>FALLING WATERS, WV 25419- | | 0.00 | 11.69 | 0.00 | 11.69 |
| 19-02577-HWV | 002-0 | JOANNA M. ALICEA<br>Original Check written to:<br>UPMC RODNEY RD PRIMARY CARE<br>1550 RODNEY ROAD<br>YORK, PA 17408- | 24138 | 92.37 | 9.73 | 0.00 | 9.73 |
| ~~21-00000-HWV~~<br>*1-20-03630* | 119-0 | SUSPENSE ACCOUNT<br>Original Check written to:<br>CRYSTAL I. WOOD<br>438 BALTIMORE STREET, SIDE<br>GETTYSBURG, PA 17325-2641 | 12003630 | 0.00 | 243.00 | 0.00 | 243.00 |