In re:  
Max H Feldman  
Kellee A Monahan  
    Debtors

Case No. 17-00985-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 15, 2022      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Max H Feldman, Kellee A Monahan, 398 Crestmont Drive, Newfoundland, PA 18445-5264 |
| cr | + | Buck Hill Falls Company, P.O. Box 426, Buck Hill Falls, PA 18323-0426 |
| 4915887 | + | Buck Hill Falls Co, Michael O'Shea Pres, PO Box 426, Buck Hill Falls, PA 18323-0426 |
| 4895359 | + | Buck Hill Falls Company, c/o Timothy J. McManus, Esq., 711 Sarah Street, Stroudsburg, PA 18360-2121 |
| 4895364 | + | Dreher Twp Tax Collector, PO Box 505, Newfoundland, PA 18445-0505 |
| 4895365 | | ESSA Bank & Trust, 75 Remittance Drive, STe. 6051, Batavia, IL 60510 |
| 4895369 | + | Tax Collector, 1212 Christopher Street, PO Box 128, Stroudsburg, PA 18360-0128 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4895357 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 18:52:47 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 4938732 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 18:52:47 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4895358 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Belk/Synchrony Bank, PO Box 530940, Atlanta, GA 30353-0940 |
| 4895362 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 18:39:00 | Citizens Bank, PO Box 42008, Providence, RI 02940-2008 |
| 4918992 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 18:39:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 4895363 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 15 2022 18:39:00 | County of Monroe Tax Claim Bureau, One Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 4895360 | | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | Chase, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 4895361 | | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | Chase Home Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 4941893 | | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4895366 | + | Email/Text: bk@lendingclub.com | Jun 15 2022 18:39:00 | Lending Club, 71 Stevenson Street, Ste. 300, San Francisco, CA 94105-2985 |
| 4935535 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 18:39:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4897414 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 15 2022 18:39:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 4916462 | | Email/Text: e-bankruptcy@nasafcu.com | Jun 15 2022 18:39:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 4895367 | | Email/Text: e-bankruptcy@nasafcu.com | Jun 15 2022 18:39:00 | NASA Federal Credit Union, PO Box 1910, Bowie, MD 20717 |
| 4895368 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 18:39:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 4933553 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 18:39:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 4895634 | + | EDI: RECOVERYCORP.COM | Jun 15 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375449 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 18:39:00 | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Towd Point Mortgage Trust 2020-4, U.S. B, Serviced by Select Portfolio Servicing, |
| 5375448 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 18:39:00 | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 2 Kellee A Monahan BrianEManning@comcast.net G17590@notify.cincompass.com |
| Brian E Manning | on behalf of Debtor 1 Max H Feldman BrianEManning@comcast.net G17590@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Peter Valecko
    on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com, PitEcf@weltman.com

Kevin S Frankel
    on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com

Monroe County Tax Claim Bureau
    TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Philip W. Stock
    on behalf of Creditor Monroe County Tax Claim Bureau pwstock@ptd.net

Philip W. Stock
    on behalf of Creditor Buck Hill Falls Company pwstock@ptd.net

Rebecca Ann Solarz
    on behalf of Creditor Towd Point Mortgage Trust 2020-4 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Max H Feldman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1171<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kellee A Monahan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5374<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:17-bk-00985-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Max H Feldman
dba Emaichef Programming Co.

Kellee A Monahan

**By the court:**

*[signature]*

6/15/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2